IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2018-cv-00403-PAB

STANDARD RETAIL, LLC, a Colorado limited liability company,
and AARON WESTPHAL, individually,

    Plaintiff,

v.

KIYANNA NICOLE MILLS, individually,
MOD DIGITAL, LLC, a Nevada limited liability company,
JOCK D. R. PURTLE, individually,
and DIGITAL EXITS, LLC, a Florida limited liability company,

    Defendants.

## NOTICE OF CONSENT TO REMOVAL

    Defendants, Mr. Jock Purtle and his company, Digital Exits, LLC (the "**Purtle Defendants**"), through their undersigned counsel, hereby submit this Notice of Consent to Removal pursuant 28 U.S.C. § 1446.  In support thereof, the Purtle Defendants state:

    1.    This diversity dispute was removed from Denver District Court by Defendant Mills and her company, MOD Digital, LLC, via a Notice of Removal [Doc. 1] filed last Friday, February 16, 2018.

    2.    Pursuant to the federal removal statute codified at 28 U.S.C. § 1446(b)(2)(A), "all defendants who have been properly joined and served [in the state action] must join in or consent to the removal of the action."  The Purtle Defendants were properly joined in the original state action, their consent to federal removal is therefore statutorily required.

3.      To eliminate doubt, the Purtle Defendants herein note their consent to removal.

Al defendants have therefore manifested the requisite consent and the removal described above is both sufficient and complete.

Respectfully submitted this 22nd day of February 2018.

/s/ Damon M. Semmens
Damon M. Semmens
SEMMENS LAW, P.C.
1800 Glenarm Place, Suite 200
Denver, Colorado 80202
(303) 861-4822
dms@semmenslaw.com
*Attorney for Mr. Purtle
and Digital Exits, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify, on this 22nd day of February 2018, a true and correct copy of the foregoing **NOTICE OF CONSENT TO REMOVAL** was electronically served via ECF and e-mail to:

Thomas P. McMahon, Esq.
Leif Olson, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
(303) 573-1600
tmcmahon@joneskeller.com
lolson@joneskeller.com
*Attorneys for Mr. Westphal
and Standard Retail, LLC*

Elizabeth D. Mackay, Esq.
MACKAY LAW FIRM, LLC
9701 Apollo Drive, Suite 100
Upper Marlboro, Maryland 20774
(240) 334-6168
elizabethmackay@emackaylaw.com
*Attorney for Ms. Mills
and MOD Digital, LLC*

/s/ Damon M. Semmens