IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 18-cv-00403-PAB-NYW

STANDARD RETAIL, LLC and
AARON WESTPHAL,

    Plaintiffs,

v.

KIYANNA NICOLE MILLS,
MOD DIGITAL, LLC,
JOCK DAVID ROY PURTLE, and
DIGITAL EXITS, LLC,

    Defendants.

_____

**ORDER**
_____

    This matter comes before the Court on the Joint Motion for Dismissal [Docket No. 38] of defendants Jock David Roy Purtle and Digital Exits, LLC.  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Joint Motion for Dismissal [Docket No. 38] is granted.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendants Jock David Roy Purtle and Digital Exits, LLC are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED August 27, 2018.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge