# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:18-cv-00403 - PAB-NYW

**STANDARD RETAIL, LLC**, **and AARON WESTPHAL,**
    *Plaintiffs*,

v.

**KIYANNA NICOLE MILLS and MOD DIGITAL, LLC**,
    *Defendants*.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs Standard Retail, LLC, and Aaron Westphal and Defendants Kiyanna Nicole Mills and MOD Digital, LLC, by their respective attorneys, stipulate and agree that the above-entitled action shall be dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DATED: April 19, 2019

    *S/ T.P. McMahon*
Thomas P. McMahon
tmcmahon@joneskeller.com
Leif H. Olson
lolson@joneskeller.com
Jones & Keller, P.C.
1999 Broadway, #3150
Denver, Colorado 80202
(303) 573-1600
Attorneys for Plaintiffs

    *S/ Elizabeth D. Mackay*
Elizabeth D. Mackay
elizabethmackay@emackaylaw.com
Mackay Law Firm, LLC
9701 Apollo Dr., Ste. 100
Upper Marlboro, Maryland 20774
Tel: (240) 334-6168

# CERTIFICATE OF FILING AND SERVICE

I certify that on April 19, 2019, I filed with the Clerk of Court a true and correct copy of the foregoing using the CM/ECF system which will send notification of such filing to the following email addresses**:**

Elizabeth D. Mackay
elizabethmackay@emackaylaw.com
Mackay Law Firm, LLC
9701 Apollo Dr., Ste. 100
Upper Marlboro, Maryland 20774
Tel: (240) 334-6168

Jack P. Kaufman
jacknb@comcast.net
Law Offices of Jack P. Kaufman, P.C.
9800 Mt. Pyramid Ct., Ste. 400
Englewood, CO 80112

Attorneys for Defendants Kiyanna Nicole Mills and MOD Digital, LLC

*s/Emily Morse-Lee*
Emily Morse-Lee